UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik A. Ahlgren, in his capacity as assignee in the assignment for the benefit of creditors of Ashby Farmers Co-Operative Elevator Company,<br><br>Plaintiff,<br><br>v.<br><br>Jay Link and Link's Wild Safaris,<br><br>Defendants. | Civil No. 19-00305 (JRT/LIB)<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants hereby move to dismiss all claims asserted by Plaintiffs. This motion is made pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) on the grounds that this Court lacks personal jurisdiction over Defendants and the complaint fails to state a claim upon which relief can be granted.  This motion is supported by all files, records, and proceedings herein, including Defendants' supporting memorandum of law, declaration of Jay Link, and proposed order.

Dated:  February 28, 2019

Respectfully submitted,

**BRIGGS AND MORGAN, P.A.**

By: *s/ Adam G. Chandler*
    Jason R. Asmus (#0319405)
    Adam G. Chandler (#397408)
    Mark G. Schroeder (#171530)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone:  (612) 977-8400
Fax:             (612) 977-8650
Email:         jasmus@briggs.com
              achandler@briggs.com
              mschroeder@briggs.com

**ATTORNEYS FOR DEFENDANTS**

11534405v1