UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik A. Ahlgren, in his capacity as assignee in the assignment for the benefit of creditors of Ashby Farmers Co-Operative Elevator Company,<br><br>            Plaintiff,<br><br>v.<br><br>Jay Link and Link's Wild Safaris,<br><br>            Defendants. | Civil No. 19-00305 (JRT/LIB)<br><br>**DEFENDANTS' NOTICE OF HEARING ON MOTION TO DISMISS** |

TO: Plaintiff and its counsel, Erik A. Ahlgren, Ahlgren Law Office, PLLC, 220 West Washington Avenue, Suite 105, Fergus Falls, Minnesota 56532

**PLEASE TAKE NOTICE** that a hearing will take place on Defendants' motion to dismiss, as soon as counsel may be heard, before the Honorable John R. Tunheim, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

11534407v1

Dated: February 28, 2019          **BRIGGS AND MORGAN, P.A.**

By: *s/ Adam G. Chandler*
    Jason R. Asmus (#0319405)
    Adam G. Chandler (#397408)
    Mark G. Schroeder (#171530)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone: (612) 977-8400
Fax: (612) 977-8650
Email: jasmus@briggs.com
        achandler@briggs.com
        mschroeder@briggs.com

**ATTORNEYS FOR DEFENDANTS**