UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik A. Ahlgren, in his capacity as assignee in the assignment for the benefit of creditors of Ashby Farmers Co-Operative Elevator Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jay Link and Link's Wild Safaris,<br><br>　　　　　　Defendants. | Civil No. 19-00305 (JRT/LIB)<br><br>**DEFENDANTS' AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |

TO:   Plaintiff and its counsel, Erik A. Ahlgren, Ahlgren Law Office, PLLC, 220 West Washington Avenue, Suite 105, Fergus Falls, Minnesota 56532

**PLEASE TAKE NOTICE** that on June 25, 2019 at 1:00 p.m., or as soon thereafter as counsel may be heard, a hearing will take place on Defendants' motion to dismiss before the Honorable John R. Tunheim, at the Edward J. Devitt U.S. Courthouse and Federal Building, Courtroom No. 2, 118 S. Mill Street, Fergus Falls, Minnesota.

Dated:  April 9, 2019                              **BRIGGS AND MORGAN, P.A.**

By: *s/ Mark G. Schroeder*
 Jason R. Asmus (#0319405)
 Adam G. Chandler (#397408)
 Mark G. Schroeder (#171530)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone:  (612) 977-8400
Fax:            (612) 977-8650
Email:        jasmus@briggs.com
                  achandler@briggs.com
                  mschroeder@briggs.com

**ATTORNEYS FOR DEFENDANTS**