# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Erik A. Ahlgren, Plaintiff, v. Jay Link, et al., Defendants. | **COURT MINUTES** <br> BEFORE: John R. Tunheim <br> Chief U.S. District Judge |

| | |
|---|---|
| Case No: | 19-305 (JRT/LIB) |
| Date: | June 21, 2019 |
| Deputy: | Heather Arent-Zachary |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Fergus Falls |
| Courtroom: | 2 |
| Time Commenced: | 11:13 am |
| Time Concluded: | 11:45 am |
| Time in Court: | 32 Minutes |

Hearing on:

Defendants' Motion to Dismiss [Docket No. 9]

APPEARANCES:

Plaintiff: Erik Ahlgren
Defendant: Mark Schroeder

PROCEEDINGS:

Motion taken Under Advisement

**IT IS ORDERED:

☒ Written order forthcoming.

s/Heather Arent-Zachary<br>
Courtroom Deputy