## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik A. Ahlgren, in his capacity as assignee in the assignment for the benefit of creditors of Ashby Farmers Co-Operative Elevator Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jay Link and Link's Wild Safaris,<br><br>　　　　Defendants. | Civil No. 19-00305 (JRT/LIB)<br><br>**DEFENDANTS' JURY TRIAL DEMAND** |

　　　　Pursuant to Fed. R. Civ. P. 38(b), Defendants Jay Link and Link's Wild Safaris hereby demand a jury trial on all issues so triable.

Dated:  August 29, 2019　　　　　　**BRIGGS AND MORGAN, P.A.**

　　　　　　　　　　　　　　　　　　By: *s/ Mark G. Schroeder*
　　　　　　　　　　　　　　　　　　　　Jason R. Asmus (#0319405)
　　　　　　　　　　　　　　　　　　　　Adam G. Chandler (#397408)
　　　　　　　　　　　　　　　　　　　　Mark G. Schroeder (#171530)
　　　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-2157
　　　　　　　　　　　　　　　　　　Telephone:  (612) 977-8400
　　　　　　　　　　　　　　　　　　Fax:　　　　(612) 977-8650
　　　　　　　　　　　　　　　　　　Email:　　　jasmus@briggs.com
　　　　　　　　　　　　　　　　　　　　　　　　achandler@briggs.com
　　　　　　　　　　　　　　　　　　　　　　　　mschroeder@briggs.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

12040093v1