UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik A. Ahlgren, in his capacity as assignee in the assignment for the benefit of creditors of Ashby Farmers Co-Operative Elevator Company,<br><br>                    Plaintiff,<br><br>v.<br><br>Jay Link and<br>Link's Wild Safaris,<br><br>                    Defendants. | Civil No. 19-00305 (JRT/LIB)<br><br>NOTICE OF CHANGE<br>OF FIRM NAME |

To:   The Court and All Counsel of Record.

PLEASE TAKE NOTICE that, on January 1, 2020, Defendants' counsel, Briggs and Morgan, P.A., merged with Taft Stettinius & Hollister LLP.  The combined firm name is Taft Stettinius & Hollister LLP.  The firm's Minneapolis address, telephone and facsimile information remain the same, and are as follows:

>  Taft Stettinius & Hollister LLP
>  2200 IDS Center
>  80 South Eighth Street
>  Minneapolis, MN 55402
>  (612) 977-8400 (phone)
>  (612) 977-8650 (facsimile)

Email addresses for the firm's attorneys have changed from @briggs.com to @taftlaw.com.  The new email addresses for Defendant's attorneys of record in this matter are in the signature block below.

12313495v1

Dated:  January 30, 2020			**TAFT STETTINIUS & HOLLISTER LLP**[1]

By: *s/ Mark G. Schroeder*
   Jason R. Asmus (#0319405)
   Adam G. Chandler (#397408)
   Mark G. Schroeder (#171530)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone:  (612) 977-8400
Fax:  (612) 977-8650
Email:  jasmus@taftlaw.com
        achandler@taftlaw.com
        mschroeder@taftlaw.com

**ATTORNEYS FOR DEFENDANTS**

---

[1] Effective January 1, 2020, Briggs and Morgan, P.A. merged with Taft Stettinius & Hollister LLP.  The combined firm name is Taft Stettinius & Hollister LLP.

12313495v1